# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation Supervised Release) |
|  | Case Number: 8:93-cr-25-T-23TGW |
| TERRENCE TIMMONS | USM Number: 11633-018 |
|  | Defendant's Attorney: Dionja L. Dyer, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through four of the March 12, 2008, petition (Doc. 18).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports | 03/05/08 |
| Two | Failure to support dependents | 02/29/08 |
| Three | Failure to notify of any change in residence | 02/02/08 |
| Four | Failure to complete community service | 03/12/08 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 2, 2008
Date of Imposition of Sentence

*/s/ Steven D. Merryday*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

June 2nd, 2008
Date

DEFENDANT:      TERRENCE TIMMONS                                  Judgment - Page  2  of  3
CASE NUMBER:    8:93-cr-25-T-23TGW

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIX (6) MONTHS**.

   X      The court makes the following recommendations to the Bureau of Prisons:  incarceration at Pensacola, Florida

   X      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: | Sheet 3 - Supervised Release |
|---|---|

DEFENDANT:     TERRENCE TIMMONS
CASE NUMBER:   8:93-cr-25-T-23TGW

Judgment - Page 3 of 3

## SUPERVISED RELEASE

NO TERM OF SUPERVISION IS IMPOSED.